396 FLATBUSH AVENUE EXTENSION REALTY CORPORATION, Appellant, v. THE CITY OF NEW YORK and Others, Respondents; BARNEY ZIRINSKY and Others, Appellants; LAS-DAUB REALTY CORPORATION, Impleaded Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

ROSE AICHMAN, Respondent, v. CHARLES AICHMAN, Appellant.— Order in so far as it denies defendant's motion to modify the judgment by reducing the amount of alimony affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

WILLIAM R. BERGMANN, INC., Appellant, v. ADELCO HOLDING CORPORATION and Others, Defendants, and NATIONAL SURETY COMPANY, Respondent.— Judgment modified by providing that plaintiff has a lien on premises described in the first cause of action for the materials furnished and labor performed, and a lien on premises described in the second cause of action for the materials furnished and two-thirds of the labor performed, and as so modified the judgment, in so far as appealed from, is unanimously affirmed, without costs. The findings justify the inference that said materials were furnished and labor performed by plaintiff with the consent and at the request of Bergmann, the contractor. (Lien Law, § 3.) The notices of liens sufficiently comply with the requirements of the Lien Law. (Lien Law, § 23.) Conclusions of law inconsistent herewith are reversed and new conclusions of law accordingly will be made. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ. Settle order on two days' notice.

ELLEN BONNABEAU, Appellant, v. E. A. THOMPSON, INC., Respondent.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

JOHN CERASOLE, Respondent, v. ANNA EGENBERGER and Others, Defendants, Impleaded with CENTRAL HANOVER BANK AND TRUST COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. The allegations of the amended complaint are sufficiently broad to permit proof that the lender induced the plaintiff to do the work and furnish the materials apart and distinct from the representations contained in the recorded building loan agreement. Whether or not that agreement is sufficient apart from such proof should be determined, if it becomes necessary to do so, in the light of the equities established on the trial. The appellant may answer within ten days from service of a copy of the order herein. Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ., concur.

MINNIE CLEARY, Respondent, v. SIDNEY LINK, Defendant, and SALVATION ARMY, Appellant. FRANCIS X. CLEARY, Respondent, v. SIDNEY LINK, Defendant, and SALVATION ARMY, Appellant.— Judgment unanimously affirmed, with costs. Present — Young, Kapper, Hagarty, Scudder and Tompkins, JJ.